THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ISAN CONTANT, Appellant. [923 NYS2d 842]—Application by the appellant pro se for a writ of error coram nobis to vacate, on the ground of ineffective assistance of counsel, a decision and order of this Court dated October 26, 2010 (*see People v Contant*, 77 AD3d 967 [2010]), affirming a judgment of the County Court, Rockland County, rendered October 3, 2007.

Ordered that the application is granted and the decision and order of this Court dated October 26, 2010 (*see People v Contant*, 77 AD3d 967 [2010]), is recalled and vacated; and it is further,

Ordered that pursuant to County Law § 722, the following named attorney is assigned as counsel: John R. Lewis, Esq., 36 Hemlock Drive, Sleepy Hollow, N.Y., 10591 and it is further,

Ordered that assigned counsel shall serve and file a brief expeditiously in accordance with this Court's rules (*see* 22 NYCRR 670.1 *et seq.*) and written directions.

Under the circumstances of this case, we find that former appellate counsel was ineffective in failing to raise the issue that the appellant's waiver of his right to appeal was not valid (*see People v Nicelli*, 74 AD3d 1235 [2010]), and in failing to evaluate whether there were any nonfrivolous issues which could be raised on appeal. Dillon, J.P., Florio, Roman and Sgroi, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GABRIEL DIAZ, Appellant. [921 NYS2d 902]—Appeal by the defendant from a judgment of the Supreme Court, Westchester County (Molea, J.), rendered November 6, 2008, convicting him of robbery in the second degree, upon his plea of guilty, and imposing sentence. Assigned counsel has submitted a brief in accordance with *Anders v California* (386 US 738 [1967]), in which he moves for leave to withdraw as counsel for the appellant.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]). Mastro, J.P., Florio, Leventhal, Belen and Cohen, JJ., concur.